Nate FARBER et al. v. UNITED STATES of America.
No. 1437.

Circuit Court of Appeals, Tenth Circuit.
Feb. 6, 1936.

Moore & Reynolds, of Denver, Colo., for appellants.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

■

FAIRCHILD MILLING COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.
No. 7157.

Circuit Court of Appeals, Sixth Circuit.
Feb. 4, 1936.

McKeehan, Merrick, Arter & Stewart, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed on motion of appellant.

■

FEDERAL COMPRESS & WAREHOUSE COMPANY v. Elbert E. LOWRY.
No. 6802.

Circuit Court of Appeals, Sixth Circuit.
Jan. 13, 1936.

Lowell W. Taylor, of Memphis, Tenn., for appellant.

Fitzhugh, Murrah & Fitzhugh, of Memphis, Tenn., for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The only reviewable ruling of the trial court presented on the record on this appeal being the refusal of the court to direct a verdict for the appellant, and the court being of opinion that the evidence was not sufficient to require the trial court to direct such a verdict either on the ground that the appellee was guilty of negligence as a matter of law or because there was no substantial evidence of negligence on the part of the appellant, it is ordered that the judgment be affirmed.